[No. 72563-7-I. Division One. February 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04115-2, Samuel Chung, J., entered September 4, 2014. *Dismissed* by unpublished per curiam opinion.

[No. 72604-8-I. Division One. February 16, 2016.]

ROBERT RUHL ET AL., *Respondents*, v. PROJECTCORPS, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-25459-0, Barbara Linde, J., entered September 16, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Trickey, JJ.

[No. 72646-3-I. Division One. February 16, 2016.]

LORENZO THOMAS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-08541-9, Ken Schubert, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Trickey, JJ.

[No. 72667-6-I. Division One. February 16, 2016.]

THE CITY OF SEATTLE, *Respondent*, v. JANET NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02159-0, Monica J. Benton, J., entered October 28, 2014. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.